# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

|   |   |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 4:24-cv-01319-SEP |
| SUBURBAN HEIGHTS LLC, ) | |
| CRESTLINE PROPERTY LLC, ) | |
| TRILINE PROPERTIES LLC, and ) | ENTRY OF APPEARANCE |
| JINGLE PROPERTIES LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Anna Purinton of the United States Department of Justice enters her appearance as co-counsel for Plaintiff, the United States of America, in the above-captioned case.

Dated:  October 10, 2024

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CARRIE PAGNUCCO
Chief

*/s/ Anna Purinton*
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
ANNA PURINTON
Bar No. 999246 (DC)
KATIE LEGOMSKY
Bar No. 275571 (CA)
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20530

Phone: (202) 598-7768
Fax: (202) 514-1116
anna.purinton@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

## Certificate of Service

I certify that I served the foregoing document to attorneys of record via the Court's CM/ECF electronic notification system on October 10, 2024. . Additionally, the document was served on October 10, 2024, to the following:

For Defendant Suburban Heights LLC
Via first class mail and email (courtesy copy):
Lester Stuckmeyer
Martin, Leyhe, Stuckmeyer and Associates LLC
105 Concord Plaza Suite 209
St. Louis, MO 63128
*Lester@mlslawmo.com*

For Defendants Triline Properties LLC, Crestline Property LLC, and Jingle Properties LLC
Via email pursuant to written agreement:
Justin K. Gelfand
William Margulis
Greg Bailey
Margulis Gelfand, LLC
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
*justin@margulisgelfand.com*
*bill@margulisgelfand.com*
*greg@margulisgelfand.com*

                    */s/ Anna Purinton*
                    ANNA PURINTON