UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

United States of America,
    Plaintiff(s),

v.   Case No. 4:24-cv-01319-SEP

Suburban Heights LLC et al.,
    Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Hurst Investigation Services__
(name and address of process server)

144 Lincoln Place Court Ste #4

Belleville, Illinois 62221

To serve: __Lester Stuckmeyer, Registered Agent, Defendant Suburban Heights LLC__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

11/12/2024                                  s/Katie Legomsky
(date)                                        (attorney for Plaintiff)

                                                                    (attorney for Defendant)