IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:24-CV-01319-SEP |
| ) | |
| v. ) | |
| ) | |
| SUBURBAN HEIGHTS LLC, ) | |
| CRESTLINE PROPERTY LLC, ) | |
| TRILINE PROPERTIES LLC, and ) | |
| JINGLE PROPERTIES LLC, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW Justin K. Gelfand and the law firm of Margulis Gelfand, LLC, and hereby enters his appearance on behalf of Defendants Crestline Property LLC, Triline Properties LLC, and Jingle Properties LLC.

Respectfully submitted,

**Margulis Gelfand, LLC**

 /s/ Justin K. Gelfand
JUSTIN K. GELFAND, #62265
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Defendants Crestline Property LLC,*
*Triline Properties LLC, and Jingle Properties LLC*

## Certificate of Service

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

       /s/ Justin K. Gelfand
JUSTIN K. GELFAND, #62265
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Defendants Crestline Property LLC,*
*Triline Properties LLC, and Jingle Properties LLC*