MOED-0001          DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-CV-1319-SEP |
| CRESTLINE PROPERTY LLC, et al. | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Crestline Property hereby discloses the following:

1.  If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a.  Whether it is publicly traded, and if it is, on which exchange(s):
    Not publicly traded

b.  Its parent companies or corporations (if none, state "none"):
    None

c.  Its subsidiaries not wholly owned by the subject (if none, state "none"):
    None

d.  Any publicly held company or corporation that owns  five percent (5%) or more of the subject's stock (if none, state "none"):
    None

2.  If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
    N/A

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001          DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Signature (Counsel for Plaintiff/Defendant)

Print Name: _____ Gregory P Bailey _____

Address: _____ 7700 Bonhomme Ave, Ste. 750 _____

City/State/Zip: _____ St. Louis, MO 63105 _____

Phone: _____ 314-390-0234 _____

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____ January 14 _____, 20 _25_ .

Signature