# Exhibit 1



## State of Missouri
### Robin Carnahan, Secretary of State

File Number: LC1240811
Date Filed: 07/10/2012
Robin Carnahan
Secretary of State

# Articles of Organization

1. The name of the limited liability company is:

   **Suburban Heights LLC**

2. The purpose(s) for which the limited liability company is organized:

   **The development of Commercial Real Estate**

   **The transaction of any lawful business for which a limited liability company may be organized under the Missouri Limited Liability Company Act, Chapter 347 RSMo.**

3. The name and address of the limited liability company's registered agent in Missouri is:

   **Lester Stuckmeyer**          **105 Concord Plaza, Suite 209, St. Louis MO 63128**
   *Name*                          *Address*

4. The management of the limited liability company is:   ☐ Manager   ☒ Member

5. The duration (period of existence) for this limited liability company is:

   **Perpetual**

6. The name(s) and street address(es) of each organizer:

   **Santorini Management, LLC, 9268 Watson Road, Saint Louis MO 63126**

In Affirmation thereof, the facts stated above are true and correct:

   (The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

**Santorini Management, LLC, Michael Becker**
*(Organizer Name)*

# State of Missouri



## Robin Carnahan
## Secretary of State

CERTIFICATE OF ORGANIZATION

WHEREAS,

      *Suburban Heights LLC*
      *LC1240811*

filed its Articles of Organization with this office on the July 10, 2012, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the July 10, 2012, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this July 10, 2012.



*Robin Carnahan*
Secretary of State