# Exhibit 2



**State of Missouri**
Denny Hoskins, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

**LC1240811
Date Filed: 1/13/2025
Denny Hoskins
Missouri Secretary of State**

## Notice of Winding Up for Limited Liability Company

*(Submit with filing fee of $25.00)*

1. The name of the limited liability company is <u>Suburban Heights LLC</u>   Charter #: <u>LC1240811</u>

2. The articles of organization for the limited liability company were filed on the following date   <u>7/10/2012</u>
   *Month/Day/Year*

3. Persons with claims against the limited liability company should present them in accordance with the following procedure:

   A. In order to file a claim with the limited liability company, you must furnish the following:
      i. Amount of the claim
      ii. Basis for the claim
      iii. Documentation of the claim

   B. Claims must be mailed to:

   <u>Michael Becker</u>
   *Name*

   <u>2276 Crimson View Dr</u>
   *Street Address*

   <u>Ellisville MO 63011</u>
   *City/State/Zip*

4. A claim against the limited liability company will be barred unless a proceeding to enforce the claim is commenced within three years after the publication of the notice.

In Affirmations thereof, the facts state above are true and correct.
(The undersigned understands that false statement made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| <u>Janet Linton</u> | <u>JANET LINTON</u> | <u>01/13/2025</u> |
|---|---|---|
| *Authorized Signature* | *Printed Name* | *Date* |

---

Name and address to return filed document:
Name:   Janet Linton
Address:   Email: jan@jlintontax.com
City, State, and Zip Code:

LLC-13 (11/2008)



| JAMES C. KIRKPATRICK<br>STATE INFORMATION CENTER<br>(573) 751-4936 | DENNY HOSKINS<br>SECRETARY OF STATE<br>STATE OF MISSOURI | CORPORATIONS<br>(573) 751-4153 |
|---|---|---|

DATE: January 13, 2025

Janet Linton
313 Dart Lane
Fenton, MO  63026

RE:     *Suburban Heights LLC*
        *LC1240811*

Dear Sir:

We have received the Notice of Winding Up for the above-mentioned Limited Liability Company and have filed it in this office.

When we have received the executed Articles of Termination, we will be pleased to issue a Certificate of Termination for the Limited Liability Company.


Secretary of State
Business Services Division
P. O. Box 778
Jefferson City, MO 65102
(866) 223-6535
www.sos.mo.gov