## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) )  No. 4:24CV01319 SEP |
| SUBURBAN HEIGHTS LLC, *et al.*, | ) ) ) |
| Defendant(s) | ) |

### CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on Plaintiff's Motion for Entry of Clerk's Default against Defendant Suburban Heights LLC [ECF No. 25] pursuant to Fed.R.Civ.P. 55(a). The record reflects service of summons upon said Defendant on November 14, 2024. Defendant has failed to file an answer or other responsive pleading within the time required by Fed.R.Civ.P. 12.

Accordingly, Plaintiff's Motion for Entry of Clerk's Default against Defendant Suburban Heights LLC [ECF No. 25] is GRANTED and the default of said defendant is hereby entered.

Dated this 28th day of January 2025.

Lori Miller Young
Chief Deputy Clerk - Operations