**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUBURBAN HEIGHTS LLC,<br>CRESTLINE PROPERTY LLC,<br>TRILINE PROPERTIES LLC, and<br>JINGLE PROPERTIES LLC,<br><br>Defendants. | ) | Case No. 4:24-cv-01319-SEP |

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO DEFENDANT SUBURBAN HEIGHTS LLC**

Plaintiff, United States of America, respectfully gives notice of voluntary dismissal of the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with respect to Defendant Suburban Heights LLC. The United States has determined not to proceed further in this matter. It therefore voluntarily dismisses its claims against Suburban Heights LLC, which did not file an answer in this action.[1]

"In ordinary non-class litigation, . . . plaintiffs may voluntarily dismiss their claims without a court order." *Frank v. Gaos*, 586 U.S. 485, 492 (2019) (citing Fed. R. Civ. P. 41(a)(1)(A)). Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. "In ordinary civil cases, a notice of dismissal that complies with

---

[1] The United States is separately filing a Joint Stipulation of Dismissal with the other three Defendants, which dismisses all remaining claims in this case.

[Rule 41(a)(1)] operates as a matter of right upon notice to the court, and permission of the court is not required." *Williams v. Clarke,* 82 F.3d 270, 272 (8th Cir. 1996).

Defendant Suburban Heights LLC has not filed an answer or motion for summary judgment in this case. *See* Clerk's Entry of Default against Defendant Suburban Heights LLC, ECF No. 26 (Jan. 28, 2025). The United States therefore has the right to voluntarily dismiss this case without a court order, and it hereby does so.

Dated: April 14, 2025

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney
Eastern District of Missouri

/s/ Regan Hildebrand
REGAN HILDEBRAND
Bar No. 6326374 (IL)
Bar No. 57438 (MO)
Assistant U.S. Attorney
Civil Rights Coordinator
United States Attorney's Office
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 20th Fl.
Saint Louis, MO 63102
Phone: (314) 539-7703
Fax: (314) 539-2287
regan.hildebrand@usdoj.gov

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

/s/ Carrie Pagnucco
CARRIE PAGNUCCO
Attorney Reg. No. 4774790 (NY)
Chief
MEGAN K. WHYTE DE VASQUEZ
Deputy Chief
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, DC 20530
Phone: (202) 514-4713
Fax: (202) 514-1116

Attorneys for Plaintiff
United States of America

CERTIFICATE OF SERVICE

I certify that I served the foregoing document to all attorneys of record via the Court's CM/ECF electronic notification system on April 14, 2025.

Additionally, the document was served on April 14, 2025, to the following via first class mail and email (courtesy copy):

Suburban Heights LLC
c/o Lester Stuckmeyer, registered agent
Martin, Leyhe, Stuckmeyer and Associates LLC
105 Concord Plaza, Suite 209
St. Louis, MO 63128
*Lester@mlslawmo.com*

*/s/ Regan Hildebrand*__

REGAN HILDEBRAND

Assistant United States Attorney