**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:24-cv-01319-SEP |
| SUBURBAN HEIGHTS LLC, CRESTLINE PROPERTY LLC, TRILINE PROPERTIES LLC, and JINGLE PROPERTIES LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, United States of America, and Defendants Crestline Property LLC, Triline Properties LLC, and Jingle Properties LLC hereby jointly stipulate to the dismissal of this case with respect to those three defendants with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).[1]

"In ordinary civil cases, a notice of dismissal that complies with [Rule 41(a)(1)] operates as a matter of right upon notice to the court, and permission of the court is not required." *Williams v. Clarke,* 82 F.3d 270, 272 (8th Cir. 1996). Rule 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

All parties that have appeared in this matter — Plaintiff, United States of America, and Defendants Crestline Property LLC, Triline Properties LLC, and Jingle Properties LLC —

---

[1] The fourth defendant, Suburban Heights LLC, did not file an answer in this case. *See* Clerk's Entry of Default against Defendant Suburban Heights LLC, ECF No. 26 (Jan. 28, 2025). The United States is separately filing a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) to dismiss claims against that defendant.

stipulate to dismissal. The entry of a stipulation of dismissal under Rule 41(a)(1)(A)(ii) "is

effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co., Inc.*

747 F.2d 1180, 1189 (8th Cir. 1984).


Dated: April 14, 2025

Respectfully submitted,

For Plaintiff:

SAYLER A. FLEMING                          HARMEET K. DHILLON
United States Attorney                     Assistant Attorney General
Eastern District of Missouri               Civil Rights Division

                                           MICHAEL E. GATES
                                           Deputy Assistant Attorney General
                                           Civil Rights Division


*/s/ Regan Hildebrand*                     */s/ Carrie Pagnucco*
REGAN HILDEBRAND                           CARRIE PAGNUCCO
Bar No. 6326374 (IL)                       Attorney Reg. No. 4774790 (NY)
Bar No. 57438 (MO)                         Chief
Assistant U.S. Attorney                    MEGAN K. WHYTE DE VASQUEZ
Civil Rights Coordinator                   Deputy Chief
United States Attorney's Office            Housing and Civil Enforcement Section
Eastern District of Missouri               Civil Rights Division
Thomas F. Eagleton U.S. Courthouse         U.S. Department of Justice
111 South Tenth St., 20th Fl.              4 Constitution Square
Saint Louis, MO 63102                      150 M Street NE
Phone: (314) 539-7703                      Washington, DC 20530
Fax: (314) 539-2287                        Phone: (202) 514-4713
regan.hildebrand@usdoj.gov                 Fax: (202) 514-1116


For Defendants Crestline Property LLC, Triline Properties LLC, and Jingle Properties LLC:

*/s/ Justin K. Gelfand*
WILLIAM S. MARGULIS, #37625
JUSTIN K. GELFAND, #62265
GREGORY P. BAILEY #97822MD
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105

Telephone: 314.390.0234
Facsimile: 314.485.2264
bill@margulisgelfand.com
justin@margulisgelfand.com
greg@margulisgelfand.com

CERTIFICATE OF SERVICE

I certify that I served the foregoing document to all attorneys of record via the Court's CM/ECF electronic notification system on April 14, 2025.

Additionally, the document was served on April 14, 2025, to the following via first class mail and email (courtesy copy):

Suburban Heights LLC
c/o Lester Stuckmeyer, registered agent
Martin, Leyhe, Stuckmeyer and Associates LLC
105 Concord Plaza, Suite 209
St. Louis, MO 63128
*Lester@mlslawmo.com*

*/s/ Regan Hildebrand*

REGAN HILDEBRAND

Assistant United States Attorney